UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:21-cr-00079-JMS-TAB |
| | ) | |
| JAMAUL GRAVES (01), | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kendra Klump's Report and Recommendation dkt [27] recommending that Jamaul Graves' supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Klump's Report and Recommendation dkt [27]. The Court finds that Mr. Graves committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [12]. The Court dismisses Violation Numbers 2, 3 & 4 at dkt [12]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Graves is sentenced to the custody of the Attorney General or his designee for a period of nineteen (19) months and with no supervised release to follow.  The Magistrate Judge recommends that the sentence is served consecutively to Defendant's sentence in the Marion County, Indiana, Superior Court case. The cause number for said criminal matter is **Cause Number 49D27-2303-F5-008465**.

Date: 2/5/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system